# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

154159(58)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TAMMY McNEILL-MARKS,
   Plaintiff-Appellee,

v

MIDMICHIGAN MEDICAL CENTER-
GRATIOT,
   Defendant-Appellant.

SC: 154159
COA: 326606
Gratiot CC: 14-011876-NZ

_____/

   On order of the Court, the motion for reconsideration of this Court's June 15, 2018 order is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   August 24, 2018



        Clerk